UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN RE: DAVENPORT, MICHAEL LEE<br>DAVENPORT, MICHELLE RENEE<br>  Debtor(s) | CASE NO. 02-64292 JPK |
|---|---|

**AMENDED NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1. I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

   Adv. Pain & Anesthesia          $652.39

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.


DATED: December 7, 2009                 By: /s/ Stacia L. Yoon
                                        STACIA L. YOON, TRUSTEE #16933-53
                                        Genetos Retson Yoon & Molina LLP
                                        8585 Broadway, Suite 480
                                        Merrillville, IN 46410
                                        Telephone: (219) 755-0401
                                        bankruptcy@grymlaw.com


**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Doug A. Bernacchi,DBERNACCI@ATTBI.COM
DAVENPORT, MICHAEL LEE, 2524 DIANE ST, PORTAGE, IN 46368-2610
DAVENPORT, MICHELLE RENEE, 2524 DIANE ST, PORTAGE, IN 46368-2610
Adv. Pain & Anesthesia, 6910 N. Main St. #32 Granger, IN 46530-9680